IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| *for the use and benefit of* | : | |
| U.S. GLASS, INC. and | : | |
| XLE METALS, INC., | : | |
|     Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| RONALD DUANE PATTERSON, et al., | : | NO. 12-2634 |
|     Defendants | : | |

## ORDER

AND NOW, this 31st day of January, 2014, the Court having considered Plaintiff U.S. Glass' Motion for Summary Judgment and Supplemental Brief (Doc. 55) and Defendant Patterson's Supplemental Brief (Doc. 56), it is hereby **ORDERED** that Plaintiff U.S. Glass' Motion for Summary Judgment (Docs. 31, 42 & 55) is hereby **GRANTED** as to its claim against Patterson.

**IT IS FURTHER ORDERED** that Defendant Redi-Corp.'s Motion for Summary Judgment (Doc. 50) is hereby **DISMISSED AS MOOT**.

BY THE COURT:

_____
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE